**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC., <br>    1200 G Street N.W., Suite 1100 <br>    Washington, DC 20005 <br><br> SANTA MONICA AIRPORT ASSOCIATION, INC., <br>    3021 Airport Avenue, Suite 210 <br>    Santa Monica, California 90405 <br><br> WONDERFUL CITRUS LLC, <br>    1901 S. Lexington Street <br>    Delano, CA 93215 <br><br> BILL'S AIR CENTER, INC., <br>    3147 Donald Douglas Loop South <br>    Santa Monica, CA 90405 <br><br> KIM DAVIDSON AVIATION, INC., AND <br>    2701 Airport Avenue <br>    Santa Monica, California 90405 <br><br> REDGATE PARTNERS, LLC, <br>    2429 S. Peck Road <br>    Whittier, CA 9060 <br><br>             *Plaintiffs,* <br><br> v. <br><br> DANIEL K. ELWELL, ACTING ADMINISTRATOR, AND FEDERAL AVIATION ADMINISTRATION <br>    800 Independence Ave., S.W. <br>    Washington, DC  20591 <br><br>             *Defendants.* | Case No. 18-1719 |

**NOTICE OF DIMISSAL ON BEHALF OF PLAINTIFF WONDERFUL CITRUS LLC**

   Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff Wonderful Citrus LLC files this notice of the dismissal without prejudice of its claims against the Defendants in this proceeding. This notice does not affect the claims of the other Plaintiffs.

1

|  |  |
|---|---|
|  | ZUCKERT, SCOUTT & RASENBERGER, LLP |
|  | /s/ Jolyon A. Silversmith |
| Dated: September 18, 2018 | JOLYON ("JOL") A. SILVERSMITH, Esq.<br>D.C. Bar no. 463897<br>BARBARA M. MARRIN, Esq.<br>D.C. Bar no. 1031665; admission to D.D.C. pending<br>888 17th Street, N.W., Suite 700<br>Washington, D.C. 20006<br>(202) 298-8660<br>jasilversmith@zsrlaw.com<br>bmmarrin@zsrlaw.com<br><br>RICHARD K. SIMON, Esq.<br>1700 Decker School Lane<br>Malibu, CA 90265<br>(310) 503-7286<br>rsimon3@verizon.net<br><br>Counsel for Plaintiffs |