**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>DANIEL K. ELWELL, in his official capacity as Acting Administrator of the Federal Aviation Administration only, )<br>)<br>and )<br>)<br>FEDERAL AVIATION ADMINISTRATION, )<br>)<br>*Defendants*. ) | Case No. 1:18-cv-01719-RBW |

[Proposed] **ORDER**

Upon consideration of Defendants' Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6); and it is

**FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Washington, D.C., this _____ day of _____, 2017

_____
Hon. Reggie B. Walton
Judge, U.S. District Court
District of Columbia