**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC.,<br>    1200 G Street N.W., Suite 1100<br>    Washington, DC 20005<br><br>SANTA MONICA AIRPORT ASSOCIATION, INC.,<br>    3021 Airport Avenue, Suite 210<br>    Santa Monica, California 90405<br><br>BILL'S AIR CENTER, INC.,<br>    3147 Donald Douglas Loop South<br>    Santa Monica, CA 90405<br><br>KIM DAVIDSON AVIATION, INC., AND<br>    2701 Airport Avenue<br>    Santa Monica, California 90405<br><br>REDGATE PARTNERS, LLC,<br>    2429 S. Peck Road<br>    Whittier, CA 9060<br><br>        *Plaintiffs,*<br><br>v.<br><br>DANIEL K. ELWELL, ACTING ADMINISTRATOR, AND<br>FEDERAL AVIATION ADMINISTRATION<br>    800 Independence Ave., S.W.<br>    Washington, DC  20591<br><br>        *Defendants.* | Case No. 18-1719-RBW |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Richard K. Simon *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Richard K. Simon, filed herewith. As set forth in Mr. Simon's declaration, he is admitted to and an active member in good standing the following courts and bars: California, the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the

United States Court of Appeals for the District of Columbia Circuit, and the U.S. District Court for the Central District of California. This motion is supported and signed by Jolyon ("Jol") A. Silversmith, an active and sponsoring member of the Bar of this Court.

        Respectfully submitted,

        /s/ Jolyon A. Silversmith

_____

Dated: October 5, 2018        JOLYON ("JOL") A. SILVERSMITH, Esq.
        D.C. Bar no. 463897
        888 17th Street, N.W., Suite 700
        Washington, D.C. 20006
        (202) 298-8660
        jasilversmith@zsrlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC.,<br>　　1200 G Street N.W., Suite 1100<br>　　Washington, DC 20005<br><br>SANTA MONICA AIRPORT ASSOCIATION, INC.,<br>　　3021 Airport Avenue, Suite 210<br>　　Santa Monica, California 90405<br><br>BILL'S AIR CENTER, INC.,<br>　　3147 Donald Douglas Loop South<br>　　Santa Monica, CA 90405<br><br>KIM DAVIDSON AVIATION, INC., AND<br>　　2701 Airport Avenue<br>　　Santa Monica, California 90405<br><br>REDGATE PARTNERS, LLC,<br>　　2429 S. Peck Road<br>　　Whittier, CA 9060<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>DANIEL K. ELWELL, ACTING ADMINISTRATOR, AND<br>FEDERAL AVIATION ADMINISTRATION<br>　　800 Independence Ave., S.W.<br>　　Washington, DC  20591<br><br>　　　　*Defendants.* | Case No. 18-1719-RBW |

**DECLARATION OF RICHARD K. SIMON
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Richard K. Simon, hereby declare:

1. My full name, office address, and telephone number are as follows:

   Richard Karl Simon
   1700 Decker School Lane
   Malibu, CA 90265

    (310) 503-7286

2. I have been admitted to the following courts and bars:

    Supreme Court of California (Bar No. 45957, January 15, 1970)
    Supreme Court of the United States (February 23, 1981)
    Ninth Circuit Court of Appeals (March 3, 1970)
    District of Columbia Circuit Court of Appeals (February 28, 2002)
    United States District Court for the Central District of California (January 15, 1970)

3. I am a member in good standing in the above-referenced bars. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court in the previous two years.

5. I do not have an office in the District of Columbia nor am I a member of the Bar of the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California on October 3, 2018.

                                                            /s/ Richard K. Simon

                                                            _____

                                                            Richard K. Simon, Esq.
                                                            1700 Decker School Lane
                                                            Malibu, CA 90265
                                                            (310) 503-7286
                                                            rsimon3@verizon.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC., <br>   1200 G Street N.W., Suite 1100 <br>   Washington, DC 20005 <br><br> SANTA MONICA AIRPORT ASSOCIATION, INC., <br>   3021 Airport Avenue, Suite 210 <br>   Santa Monica, California 90405 <br><br> BILL'S AIR CENTER, INC., <br>   3147 Donald Douglas Loop South <br>   Santa Monica, CA 90405 <br><br> KIM DAVIDSON AVIATION, INC., AND <br>   2701 Airport Avenue <br>   Santa Monica, California 90405 <br><br> REDGATE PARTNERS, LLC, <br>   2429 S. Peck Road <br>   Whittier, CA 9060 <br><br>    *Plaintiffs,* <br><br> v. <br><br> DANIEL K. ELWELL, ACTING ADMINISTRATOR, AND FEDERAL AVIATION ADMINISTRATION <br>   800 Independence Ave., S.W. <br>   Washington, DC  20591 <br><br>    *Defendants.* | Case No. 18-1719-RBW |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF RICHARD K. SIMON *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Richard K. Simon *pro hac vice*. Upon consideration of that motion, the Court grants attorney Richard K. Simon *pro hac vice* admission to this Court.


IT IS SO ORDERED.

DATE: _____                              _____
                                                                 Reggie B. Walton
                                                                 United States District Judge